IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUSTIN RANDALL JONES, | § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:25-CV-00873- |
| v. | § § | SDJ-AGD |
| ANDREW J. PASSONS, ET AL., | § § | |
| Defendants. | § § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 26, 2025, the Magistrate Judge entered a Report, (Dkt. #10), recommending that Plaintiff Justin Randall Jones' case be dismissed without prejudice. The same day, Plaintiff filed an objection to the Report (Dkt. #11).

Having received the Report of the Magistrate Judge, considered Plaintiff's objection, (Dkt. #11), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 2nd day of September, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE